IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | Case No. 1:21-cv-10954-ADB |

**JOINT STATUS REPORT**

On July 14, 2023, the Court directed the parties to "file a joint status report by July 28, 2023 to advise the Court of the status of the case." (D.I. 63). The parties respectfully provide the following Joint Status Report:

On July 19, 2023, oral argument was held in IPR2022-00738 and IPR2022-00739 concerning the patents asserted in this litigation, United States Patent Nos. 11,028,160 and 11,028161 ("the Asserted Patents"). Absent good cause, the Patent Trial and Appeal Board ("PTAB") is expected to issue its Final Written Decisions concerning the Asserted Patents by September 27, 2023. Pursuant to the Court's Order of October 11, 2022, the case will remain stayed until issuance of Final Written Decisions by the PTAB. (D.I. 61; D.I. 60).

| | |
|---|---|
| Dated:  July 28, 2023 | Respectfully Submitted, |
| | |
| */s/ Andrea L. Martin* | */s/ Molly R. Grammel* |
| Andrea L. Martin (BBO 666117) | Douglas J. Kline (BBO# 556680) |
| amartin@burnslev.com | Elaine Herrmann Blais (BBO# 656142) |
| BURNS & LEVINSON LLP | Robert Frederickson III (BBO# 670111) |
| 125 High Street | Molly R. Grammel (BBO# 688439) |
| Boston, MA 02110-1624 | Andrew S. McDonough (BBO# 698612) |
| (617) 345-3000 | GOODWIN PROCTER LLP |
| | 100 Northern Avenue |
| Charles E. Lipsey (*pro hac vice*) | Boston, MA 02210 |
| FINNEGAN, HENDERSON, FARABOW, | Tel.: (617) 570-1000 |
| GARRETT & DUNNER, LLP | Fax: (617) 523-1231 |
| Two Freedom Square | dkline@goodwinlaw.com |
| 11955 Freedom Square | eblais@goodwinlaw.com |
| Reston, VA 20190-5675 | rfrederickson@goodwinlaw.com |
| Charles.Lipsey@finnegan.com | mgrammel@goodwinlaw.com |
| | amcdonough@goodwinlaw.com |
| William B. Raich (*pro hac vice*) | |
| Danielle A. Duszczyszyn (*pro hac vice*) | Natasha E. Daughtrey (*pro hac vice*) |
| Mark J. Feldstein (*pro hac vice*) | GOODWIN PROCTER LLP |
| Drew D. Christie (*pro hac vice*) | 601 S. Figueroa St. |
| Michael R. Galgano (*pro hac vice*) | Los Angeles, CA 90017 |
| Yoonjin Lee (*pro hac vice*) | Tel.: (213) 426-2500 |
| FINNEGAN, HENDERSON, FARABOW, | Fax: (213) 623-1673 |
| GARRETT & DUNNER, LLP | ndaughtrey@goodwinlaw.com |
| 901 New York Avenue, NW | |
| Washington, DC 20001-4413 | Alison Siedor (*pro hac vice*) |
| William.Raich@finnegan.com | GOODWIN PROCTER LLP |
| Danielle.Duszczyszyn@finnegan.com | 1900 N Street, N.W. |
| Mark.Feldstein@finnegan.com | Tel.: (202) 346-4000 |
| Drew.Christie@finnegan.com | Fax: (202) 346-4444 |
| Michael.Galgano@finnegan.com | asiedor@goodwinlaw.com |
| Yoonjin.Lee@finnegan.com | |
| | |
| Alissa K. Lipton (BBO 678314) | *Counsel for Teva Pharmaceuticals* |
| FINNEGAN, HENDERSON, FARABOW, | *International GmbH and Teva* |
| GARRETT & DUNNER, LLP | *Pharmaceuticals USA, Inc* |
| Two Seaport Lane | |
| Boston, MA 02210-2001 | |
| Allissa.Lipton@finnegan.com | |
| | |
| *Counsel for Eli Lilly and Company* | |

## CERTIFICATE OF SERVICE

I, Andrew S. McDonough, hereby certify that on July 28, 2023, a copy of the foregoing document was served on all counsel of record that are registered participants via CM/ECF as identified on the Notice of Electronic Filing (NEF), and by email to all non-registered participants.

                                              */s/ Andrew S. McDonough*
                                              Andrew S. McDonough (BBO# 698612)
                                              GOODWIN PROCTER LLP
                                              100 Northern Avenue
                                              Boston, MA 02210
                                              (617) 570-1000
                                              amcdonough@goodwinlaw.com