IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH, and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | Civil Action No. 1:21-CV-10954 (ADB) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

This joint stipulation is made by and between Plaintiffs Teva Pharmaceuticals International GmbH and Teva Pharmaceuticals USA ("Plaintiffs") and Defendant Eli Lilly and Company ("Defendant," and collectively with Plaintiffs, the "Parties").

**WHEREAS**, Plaintiffs and Defendant have asserted various claims and counterclaims in the above captioned action (the "Action") concerning United States Patent Nos. 11,028,160 ("the '160 patent") and 11,028,161 ("the '161 patent", and together with the '160 patent, the "Patents-in-Suit");

**WHEREAS** Lilly filed for inter partes review before the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office with respect to the '160 patent, IPR2022-00738; the '161 patent, IPR2022-00739; and United States Patent No. 10,392,434 ("the '434 patent," and together with the Patents-in-Suit, the "Teva Patents"), IPR2022-00796 (collectively, the "IPR Proceedings");

**WHEREAS**, the PTAB has issued final written decisions in each of the IPR Proceedings

1

holding that the challenged claims of each of the Teva Patents are unpatentable (collectively, the "IPR Decisions");

**WHEREAS**, Plaintiffs and Defendant mutually agree to voluntarily dismiss all claims and counterclaims asserted in this Action with prejudice;

**NOW THEREFORE, IT IS HEREBY JOINTLY STIPULATED** by Plaintiffs and Defendant that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims, and demands asserted in this Action are hereby dismissed with prejudice, provided that the Court maintains jurisdiction to enforce this stipulation;

2. Each party will bear its own attorneys' fees and costs with respect to this Action;

3. Teva agrees not to appeal the IPR Decisions;

4. Each party will bear its own attorneys' fees and costs with respect to the IPR Proceedings;

5. Teva agrees not to sue, assert any claim, or otherwise participate in any action or proceeding against Lilly or any affiliates or customers of Lilly for infringement of the Teva Patents or any other United States patent, patent application, continuation, continuation-in-part, divisional, reissue, extension, or reexamination thereof, and amendments thereto, including any made in inter partes review, that claims priority (or has at any time claimed priority), directly or indirectly, to any of the Teva Patents, United States Provisional Application No. 62/399,180, filed on Sep. 23, 2016 or United States Provisional Application No. 62/558,557, filed on Sep. 14, 2017, or PCT/IB2017/055777, filed on Sep. 22, 2017 (collectively with the Teva Patents, the "Covenant Patents");

6. Teva will require any subsequent assignee or licensee of any of the Covenant Patents to agree to be bound by the covenant contained in paragraph 5 of this Stipulation; and

7. Each party represents and warrants to the other party that it has the corporate, partnership, or limited liability company power and authority to enter into this Stipulation and to perform its obligations hereunder.

Dated:  November 22, 2023

*/s/ Andrea L. Martin*
Andrea L. Martin (BBO 666117)
amartin@burnslev.com
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110-1624
(617) 345-3000

Charles E. Lipsey (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Square
Reston, VA 20190-5675
Charles.Lipsey@finnegan.com

William B. Raich (*pro hac vice*)
Danielle A. Duszczyszyn (*pro hac vice*)
Mark J. Feldstein (*pro hac vice*)
Drew D. Christie (*pro hac vice*)
Michael R. Galgano (*pro hac vice*)
Yoonjin Lee (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
William.Raich@finnegan.com
Danielle.Duszczyszyn@finnegan.com
Mark.Feldstein@finnegan.com
Drew.Christie@finnegan.com
Michael.Galgano@finnegan.com
Yoonjin.Lee@finnegan.com

Alissa K. Lipton (BBO 678314)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
Allissa.Lipton@finnegan.com

*Counsel for Eli Lilly and Company*

Respectfully Submitted,

*/s/ Molly R. Grammel*
Douglas J. Kline (BBO# 556680)
Elaine Herrmann Blais (BBO# 656142)
Robert Frederickson III (BBO# 670111)
Molly R. Grammel (BBO# 688439)
Andrew S. McDonough (BBO# 698612)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
dkline@goodwinlaw.com
eblais@goodwinlaw.com
rfrederickson@goodwinlaw.com
mgrammel@goodwinlaw.com
amcdonough@goodwinlaw.com

Natasha E. Daughtrey (*pro hac vice*)
GOODWIN PROCTER LLP
601 S. Figueroa St.
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673
ndaughtrey@goodwinlaw.com

Alison Siedor (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Tel.: (202) 346-4000
Fax: (202) 346-4444
asiedor@goodwinlaw.com

*Counsel for Teva Pharmaceuticals International GmbH and Teva Pharmaceuticals USA, Inc*

4

5

## **CERTIFICATE OF SERVICE**

      I, Molly R. Grammel, hereby certify that the above Joint Stipulation of Dismissal with Prejudice shall be served on all counsel of record through the ECF filing system on November 22, 2023

*/s/ Molly R. Grammel*
